No. 611. COLLIN COUNTY LEVEE IMPROVEMENT DISTRICT No. 1 ET AL. *v.* UNITED STATES ET AL. C. A. 5th

Cir. Certiorari denied. *Roland Boyd* and *Donald L. Case* for the Collin County Levee Improvement District No. 1, petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States and the Reconstruction Finance Corporation, respondents.